## Commonwealth ex rel. Kazlow, Appellant, *v.* Rundle.

Submitted December 7, 1970. *Alvin Kazlow,* appellant, in propria persona; *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* Executive Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth ex rel. Reed, Appellant, *v.* Reed.

Submitted December 7, 1970. *Anthony W. D'Onofrio,* and *Brutscher & D'Onofrio,* for appellant; *Fred T. Cadmus, III,* for appellee.

Order affirmed.

## Commonwealth ex rel. Ruczynski et ux., Appellants, *v.* Powers.

Argued December 11, 1970. *David Kanner,* with him *Kanner, Stein, Feinberg & Barol,* for appellants; *William P. Thorn,* for appellees.

Order affirmed.